### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 14-cv-02508-WJM-KMT

RALPH FEMRITE, and
BARBARA FEMRITE,

    Plaintiffs,

v.

CHUCK RIPKA, and
RIPKA ENTERPRISES, LLC,

    Defendants.

_____

## DEFAULT JUDGMENT
_____

PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Granting Plaintiff's Motion For Default Judgment (ECF No. 17), entered by the Honorable William J. Martínez, United States District Judge, on May 18, 2015, it is

ORDERED that Plaintiffs' Motion for Entry of Default Judgment Against Defendants (ECF No. 16) is GRANTED.  It is

FURTHER ORDERED that Default Judgment is entered in favor of Plaintiffs and against Defendants Charles Ripka and Ripka Enterprises, LLC jointly and severally in the amount of $100,000.00. It is

FURTHER ORDERED that Plaintiffs are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.   It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of

0.24% per annum from the date of entry of Default Judgment.

    Dated at Denver, Colorado this  19th   day of May 2015.

| APPROVED: | FOR THE COURT: |
|---|---|
|  | JEFFREY P. COLWELL, CLERK |
| _____ | ___s/Deborah Hansen_____ |
| Judge William J. Martínez | Deborah Hansen, Deputy Clerk |
| United States District Court |  |